Marin Klarich, Appellant, v. Catherine Parker and Vincent M. Nolan, Appellees.

Gen. No. 42,870.

Heard in the third division, first district, this court at the October term, 1943; opinion filed March 21, 1945; rehearing denied April 10, 1945; released for publication April 10, 1945. B. M. Steiner, for appellant; John W. Dorgan and John J. Lyons, for appellees. Opinion by JUSTICE KILEY. Not to be published in full.